IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GERARD NAESSENS,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 22-CV-3636 |
| FRANK BRESLIN, *et al.*,<br>    Defendants. | :<br>:<br>: |

**ORDER**

AND NOW, this 21st day of November 2022, in light of *pro se* Plaintiff Michael Gerard Naessens's failure to either pay the fees to commence this civil action or file a motion to proceed *in forma pauperis* as directed by this Court's Order entered on September 26, 2022 (ECF No. 3),[1] which (1) granted him thirty (30) days to do so and (2) warned him that if he failed to comply with the Order that this case would be dismissed without prejudice for failure to prosecute, it is **ORDERED** that:

1. Naessens's case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                    **BY THE COURT:**

                                    /s/ Chad F. Kenney

                                  **CHAD F. KENNEY, J.**

---

[1] Naessens was served with the Order by mail at the address he provided to the Court. Nothing on the docket suggests that he did not receive notice of the Order.